LAW OFFICES OF

# LAWRENCE KATZ

445 CENTRAL AVENUE
SUITE 206
CEDARHURST, NEW YORK 11516

LKATZ@LAWKATZ.COM

TELEPHONE
(516) 374-2118

FAX
(516) 706-2404

September 11, 2007

Honorable Marilyn D. Go
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re: **Elaina Aramburu v. Healthcare Financial Services, Inc.**
     **CV-02-6535 (ARR) (MDG)**

Dear Judge Go:

In light of the defendant's indication that the defendant as well counsel for the defendant will be available on October 16, 2007 at 10:00 A.M., Plaintiff would request that the defendant be ordered to appear at that time at the offices of Esquire Deposition Services, 220 West 42nd Street, 13th Floor, New York New York for the taking of further testimony and that the defendant be made available for the entire day.

Sincerely,

Lawrence Katz